UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | No. 24-00788 |
| Maurice Saenz | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **February 15, 2024** at **9:30 AM**, I will appear before the Honorable Timothy A. Barnes or any judge sitting in that judge's place, either in **Courtroom 744** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604**, **or** electronically as described below, and present the motion of Debtor to Extend Time to File Required Schedules, Declarations, Plan and Other required Documents, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**
You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.
**Meeting ID and passcode.** The meeting ID for this hearing is: **161 329 5276 and the passcode is 433658.** The meeting ID and passcode can also be found on the judge's page on the court's website.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Vaughn White
Vaughn White
VW LAW LLC
Attorney for Debtor(s)
1755 Park St, Suite 200
Naperville, IL  60563
312-888-0131
ARDC # 6198291

1

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on February 5, 2024.

                                                /s/ Vaughn White
                                                Vaughn White

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.     24-00788 |
| Mauricia Saenz            , ) | |
| Debtor(s) ) | Chapter 13 |
| ) | Judge Timothy A. Barnes |

**MOTION TO EXTEND TIME TO FILE DEBTOR'S REQUIRED SCHEDULES, DECLARATIONS, STATEMENTS, PLAN AND OTHER DOCUMENTS**

NOW COME the Debtor(s), Mauricia Saenz by Attorney Vaughn A. White, and move(s) this Court to grant an extension until February 19, 2024 , to file Schedules, Declarations, Statements, and other required documents. In support of this Motion, the Debtor respectfully states and alleges as follows:

1. On January 22, 2024  Debtor filed a Chapter 13 Petition.

2. Debtor's filing was a deficient filing, which was missing Schedules, Declarations, Statements, and other documents.

3. Debtor's' Schedules, Declarations, Statements, and other documents would, in absence of this motion be due on February 5, 2024.

4. Debtor and Debtor's Counsel need additional time to gather information and review the Schedules, Declarations, Statements, and other required documents before they can be filed.

5. Debtor, therefore, respectfully requests additional time be granted to February 19,  2024, to file Debtor's Schedules, Declarations, Statements, Plan and other documents.

WHEREFORE, Debtor prays for the following relief:

3

A. That Debtor be granted until February 19, 2024, to file Debtor's Schedules, Declarations, Statements, Plan and other documents; and

B. For such other and further relief as this Court deems equitable and just.

                              Respectfully Submitted,

                              */s/ Vaughn A. White*
                              Vaughn A. White
                              Attorney for Debtor

Vaughn A. White
Illinois ARDC # 6198291
VW LAW LLC
Attorney for Debtor(s)
1755 Park St., Suite 200
Naperville, IL 60563
312-888-0131
vaughn@vaughnwhite.com

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-00788<br>Northern District of Illinois<br>Eastern Division<br>Mon Feb  5 19:34:12 CST 2024 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Capital One Auto Finance<br>Attn: Bankruptcy 7933 Preston Rd<br>Plano, TX 75024-2302 |
| Capital One Auto Finance, a division of<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity/Burlington<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Fortiva<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Freedom Mortgage Corporation<br>Attn: Bankruptcy Attn: Bankruptcy<br>907 Pleasant Valley Ave , Ste 3<br>Mt Laurel, NJ 08054-1210 |
| GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 | (p)MEDICAL BUSINESS BUREAU  LLC<br>1460 RENAISSANCE DR<br>SUITE 400<br>PARK RIDGE IL 60068-1349 | Synchrony Bank<br>Paypal Credit<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | VW LAW LLC<br>1755 Park St Suite 200<br>Naperville, IL 60563-8404 | Mauricia Saenz<br>1699 Park Avenue<br>Hanover Park, IL 60133-3610 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | Vaughn A White<br>Vw Law LLC<br>1755 Park St<br>Suite 200<br>Naperville, IL 60563-8404 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Chase Auto Finance<br>Attn: Bankruptcy<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | Medical Business Bureau<br>Attn: Bankruptcy 1460 Renaissance Drive<br>Park Ridge, IL 60068 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMERICREDIT FINANCIAL SERVICES, INC. d/b/a

End of Label Matrix
Mailable recipients 20
Bypassed recipients 1
Total 21